■ BETLEM SERVICE CORP., Respondent, v THEODORE KUSTAS et al., Appellants. [765 NYS2d 302] —Appeal from an order of Monroe County Court (Geraci, Jr., J.), entered December 4, 2001, which affirmed a judgment of Rochester City Court (Byrnes, J.), entered December 20, 1999.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Monroe County Court, Geraci, Jr., J. Present—Green, J.P., Wisner, Gorski and Lawton, JJ.